UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-24869-BLOOM/Louis

JOSE YEYILLE,

    Plaintiff,

v.

CECILIA ALTONAGA, WALTER HARVEY,
and ALBERTO CARVALHO,

    Defendants.
_____/

## ORDER DENYING LEAVE TO PROCEED
## IN FORMA PAUPERIS ON APPEAL

**THIS CAUSE** is before the Court upon Plaintiff's Motion for Leave to Proceed *in Forma Pauperis* on Appeal, ECF No. [9] (the "Motion"). Plaintiff's Motion is due to be denied because Plaintiff's appeal is not taken in good faith.

"An appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3). "A party demonstrates good faith by seeking appellate review of any issue that is not frivolous when examined under an objective standard." *Ghee v. Retailers Nat'l Bank*, 271 F. App'x 858, 859 (11th Cir. 2008). A claim is frivolous "where it lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989). In other words, an appeal filed *in forma pauperis* is frivolous "when it appears the plaintiff has little or no chance of success," meaning that the "factual allegations are clearly baseless or that the legal theories are indisputably meritless." *Carroll v. Gross*, 984 F.2d 392, 393 (11th Cir. 1993) (internal quotation marks omitted).

As the Court's Order of dismissal makes clear, Plaintiff's Complaint is frivolous, fails to state a claim, and the legal theories presented are meritless. *See* ECF No. [4]. Moreover, the Motion

simply reasserts Plaintiff's previous meritless claims and simply disagrees with the Court's Order of dismissal. As such, the Court certifies that this appeal is not taken in good faith, and the Motion, **ECF No. [9]**, is **DENIED**.

    **DONE AND ORDERED** in Chambers at Miami, Florida, on December 5, 2019.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Jose Yeyille, *pro se*
5505 SW 135th Court
Miami, Florida 33175